| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

WILLIE MAE CHILOT, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:04-CV-580
§
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING ON ATTORNEY FEES

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the Eastern District of Texas, the Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration. Pending before the Court is the plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (#18). The magistrate judge recommended that the Court grant the motion.

The Court has received and considered Judge Giblin's report (#20). The parties have not filed objections.

The Court **ORDERS** that the report of the magistrate judge is **ADOPTED** and the Application for Attorney Fees Under the Equal Access to Justice Act (#18) is **GRANTED**. The Defendant Commissioner is **ORDERED** to pay Steven Packard, counsel for the prevailing plaintiff, an attorney fee in the amount of $5,000.43 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SIGNED at Beaumont, Texas, this 24th day of May, 2006.

                                    MARCIA A. CRONE
                            UNITED STATES DISTRICT JUDGE